**Order filed May 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00253-CR
_____

## EX PARTE MARIA A. MARTINEZ

**On Appeal from the County Criminal Court at Law No. 11
Harris County, Texas
Trial Court Cause No. 1943720**

# ORDER

This is an appeal from the denial of Maria A Martinez's application for a writ of habeas corpus pursuant to article 11.09 of the Texas Code of Criminal Procedure. Appellant's brief was due April 23, 2013, but it has not been filed. On April 25, 2014, the court notified appellant that the brief was past due. No response was filed. Accordingly, we issue the following order:

We **ORDER** appellant to file a brief in this appeal on or before **June 13, 2014.**

PER CURIAM